Howard Gregory, Esq. - (HG3727)
NORTHEAST NEW JERSEY LEGAL SERVICES
152 Market Street
Paterson, NJ 07505
(973) 523-2900

---

VICTOR SOLIS

        UNITED STATES DISTRICT COURT
           DISTRICT OF NEW JERSEY

    Plaintiff,

    v.                                    ORDER

MICHAEL J. ASTRUE, Commissioner,          Civil Action No.
Social Security Administration,

    Defendant.

---

    Upon considering the motion and supporting affidavit herein, and upon good cause shown, it is hereby:

    ORDERED, that the plaintiff be allowed to pursue this action in forma pauperis.

SO ORDERED

Dated: 6/24/09

                                UNITED STATES DISTRICT JUDGE